## United States Bankruptcy Court
## Eastern District of Michigan

In re:

Sawanda Kendrick,

        Debtor.

_____/

Case No. 17-44511
Chapter: 13
Judge: Mark Randon

### AFFIDAVIT OF DEBTOR REGARDING DISCHARGE

NOW COMES the debtor, Sawanda Kendrick, first being duly sworn deposes the following:

1. I, Sawanda Kendrick, understand that I am not entitled to be discharged under the Chapter 13 Bankruptcy Code for the Chapter 13 case that was filed on March 28, 2017.

_____ 4/24/17
Sawanda Kendrick

On this, the 24 day of April, 2017, before me a notary public, the undersigned officer, personally appeared Sawanda Kendrick, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereto set my hand and official seal.

_____
Notary Public

```
DAVID IENNA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires 7/30/2020
Acting in the County of Wayne
```