UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Sawanda Kendrick,

                                      Case No. 17-44511
                                      Chapter 13
                                      Hon. Mark A. Randon

          Debtor.
_____/

## ORDER DISSOLVING SHOW CAUSE AND DETERMINING
## DEBTOR IS NOT ENTITLED TO A DISCHARGE

      Debtor filed a Chapter 13 petition on March 28, 2017. She was previously granted a discharge in a Chapter 7 case, Case No. 14-41349, that was filed on January 31, 2014. Pursuant to 11 U.S.C. § 1328(f)(1) of the Bankruptcy Code, the Court cannot grant Debtor a discharge if she has been granted a discharge in a Chapter 7 case commenced within four years before filing this case. Based on Debtor's acknowledgment in her affidavit, the show cause order is **DISSOLVED**; Debtor is not eligible for a discharge in this chapter 13 bankruptcy.

      **IT IS ORDERED**.

**Signed on April 25, 2017**

                                          **/s/ Mark A. Randon**
                                      **Mark A. Randon**
                                      **United States Bankruptcy Judge**